UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLISTER LEGISTER,

      Plaintiff,

– *against* –

CITY OF NEW YORK, et al.,

      Defendants.

**ORDER**

21 Civ. 6220 (ER)

Ramos, D.J.:

  This case was removed to this Court on July 21, 2021 from the Supreme Court of New York, County of New York.  *See* Doc. 1.  On June 22, 2022, the parties filed a stipulation of partial dismissal, terminating with prejudice the federal claims on which removal was based.  *See* Doc. 18.  Accordingly, for the reasons given during the June 22, 2022 status conference, and without objection, this case is hereby remanded to the Supreme Court of New York, County of New York.

  SO ORDERED.

Dated: June 22, 2022
     New York, New York

                     Edgardo Ramos, U.S.D.J.